# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELAINE T. MARSHALL,
INDIVIDUALLY AND AS CO-
TRUSTEE OF THE MARSHALL
LEGACY FOUNDATION AND THE
MARSHALL HERITAGE
FOUNDATION, ET AL

VERSUS

PRESTON L. MARSHALL

NO.   2021 CW 0128

APRIL 22, 2021

---

In Re:    Preston L. Marshall, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 656183.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**  La. Code Civ. P. art. 154 provides that a party desiring to recuse a judge shall file a written motion prior to trial or hearing unless the party discovers the facts constituting the grounds thereafter.  The defendant herein apparently had a motion to recuse prepared, but chose not to file such motion until the district court denied his motion for continuance in open court.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT